# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | VICTORIA T ACIERTO |
| **Case Number:** | 14-08526-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 26, 2019 10:00 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) MOTION FOR RELIEF FROM STAY, RS # AT-1  FILED BY KRISTIN A. ZILBERSTEIN ON BEHALF OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGSC SERIES II TRUST  (fr 5/1/19)

2) TRUSTEE'S MOTION TO DISMISS CASE (fr 5/1/19)

### Appearances:

THOMAS B. GORRILL, ATTORNEY FOR VICTORIA T ACIERTO
RICHARD STEVENSON, ATTORNEY FOR DAVID L. SKELTON, TRUSTEE
RUSSEL LITTLE, ATTORNEY FOR U.S. BANK

### Disposition:

1) Granted. No waiver of the 14 day stay.  Order to be lodged.

2) Tentative Ruling of the Court is affirmed. Opposition is w/drawn.